UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY JAMES FITCH                        CIVIL ACTION

VERSUS                                   No. 18-1844

TERREBONNE PARISH CRIMINAL               SECTION: "J"(3)
JUSTICE COMPLEX, ET AL.

**ORDER**

Having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 10),** and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby **APPROVES** the Report and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Larry James Fitch's federal civil rights claims against Defendants, Terrebonne Parish Criminal Justice Complex and Warden Triche, are hereby **DISMISSED WITH PREJUDICE** as frivolous, malicious, and for failing to state a claim upon which relief may be granted.

New Orleans, Louisiana, this 27th day of June, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE